# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-18052-ELF

JENARO L AUSTIN
SERENA A AUSTIN
904 DUNCAN AVENUE

YEADON, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JENARO L AUSTIN
    SERENA A AUSTIN
    904 DUNCAN AVENUE

    YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

Date: 3/11/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee