**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-18052-elf |
|    Jenaro L. Austin a/k/a Jenaro L. Austin, Sr. | : Chapter 13 |
|    and Serena A. Austin a/k/a Serena A. Stone | : |
|         Debtors | : |
| | : |
| The Bank of New York Mellon Trust Company, | : |
| N.A., Not in its Individual Capacity, but Solely | : |
| as Trustee of NRZ Pass-Through Trust EBO I for | : |
| the Benefit of the Holders of the Series 2017-1 | : |
| Certificates c/o Fay Servicing, LLC | : |
|         Movant | : |
|         vs. | : |
| Jenaro L. Austin a/k/a Jenaro L. Austin, Sr. and | : |
| Serena A. Austin a/k/a Serena A. Stone | : |
|         Debtors/Respondents | : |
|         and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**ORDER**

AND NOW, this 14th day of June, 2019, upon the consideration of The Bank of New York Mellon Trust Company, N.A., Not in its Individual Capacity, but Solely as Trustee of NRZ Pass-Through Trust EBO I for the Benefit of the Holders of the Series 2017-1 Certificates c/o Fay Servicing, LLC's ("Movant") Certification of Default, it is hereby:

**ORDERED** THAT: the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 904 Duncan Ave. Yeadon, Pennsylvania 19050, and it is:

FURTHER **ORDERED** THAT: Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors' personal liability is discharged in this bankruptcy case, and it is:

FURTHER **ORDERED** THAT: the 14-day stay provided by Rule 4001 (a)(3) is hereby waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**