United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18052-elf
Jenaro L. Austin                                                Chapter 13
Serena A. Austin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: DonnaR              Page 1 of 1             Date Rcvd: Jun 14, 2019
                             Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
db/jdb         +Jenaro L. Austin,    Serena A. Austin,    904 Duncan Avenue,    Yeadon, PA 19050-3707
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., N,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:
```
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY,
               N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR
               THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Jenaro L. Austin spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              DAVID B. SPITOFSKY    on behalf of Joint Debtor Serena A. Austin spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For Sasco-2008-RF1
               paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT
               IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE
               BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT
               IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE
               BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 15-18052-elf |
|    Jenaro L. Austin a/k/a Jenaro L. Austin, Sr. | : Chapter 13 |
|    and Serena A. Austin a/k/a Serena A. Stone | : |
|           Debtors | : |
| | : |
| The Bank of New York Mellon Trust Company, | : |
| N.A., Not in its Individual Capacity, but Solely | : |
| as Trustee of NRZ Pass-Through Trust EBO I for | : |
| the Benefit of the Holders of the Series 2017-1 | : |
| Certificates c/o Fay Servicing, LLC | : |
|           Movant | : |
|    vs. | : |
| Jenaro L. Austin a/k/a Jenaro L. Austin, Sr. and | : |
| Serena A. Austin a/k/a Serena A. Stone | : |
|           Debtors/Respondents | : |
|    and | : |
| William C. Miller, Esquire | : |
|           Trustee/Respondent | : |

**ORDER**

AND NOW, this 14th day of _____June_____, 2019, upon the consideration of The Bank of New York Mellon Trust Company, N.A., Not in its Individual Capacity, but Solely as Trustee of NRZ Pass-Through Trust EBO I for the Benefit of the Holders of the Series 2017-1 Certificates c/o Fay Servicing, LLC's ("Movant") Certification of Default, it is hereby:

**ORDERED** THAT: the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the premises, 904 Duncan Ave. Yeadon, Pennsylvania 19050, and it is:

FURTHER **ORDERED** THAT: Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors' personal liability is discharged in this bankruptcy case, and it is:

FURTHER **ORDERED** THAT: the 14-day stay provided by Rule 4001 (a)(3) is hereby waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**