**UNITED STATES BANKRUPTCY COURT**
**Eastern DISTRICT OF Pennsylvania**

**In Re:**                                                                    Case No. 15-18052

                                                                              Claim No. : 18

JENARO L. AUSTIN AND SERENA A. AUSTIN

   Debtor(s)

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor **The Bank of New York Mellon Trust Company, N.A., not in its individualcapacity, but solely as Trustee of NRZ Pass-Through Trust EBO I for the benefit of the Holders of the Series 2017-1 Certificates** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/25/2019

/s/ Ashish Rawat

Creditor's Authorized Agent for Fay Servicing, LLC