UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JENARO L AUSTIN  
SERENA A AUSTIN

Chapter 13

Debtor

Bankruptcy No. 15-18052-ELF

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 8, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID B. SPITOFSKY ESQUIRE  
LAW OFFICES OF DAVID SPITOFSKY  
516 SWEDE ST  
NORRISTOWN, PA 19401-

Debtor:  
JENARO L AUSTIN  
SERENA A AUSTIN  
904 DUNCAN AVENUE  

YEADON, PA 19050