United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jenaro L. Austin  
Serena A. Austin  
    Debtors

Case No. 15-18052-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Oct 09, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
db/jdb         +Jenaro L. Austin,   Serena A. Austin,   904 Duncan Avenue,   Yeadon, PA 19050-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
         DAVID B. SPITOFSKY    on behalf of Debtor Jenaro L. Austin spitofskybk@verizon.net, spitofskylaw@verizon.net  
         DAVID B. SPITOFSKY    on behalf of Joint Debtor Serena A. Austin spitofskybk@verizon.net, spitofskylaw@verizon.net  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, NA, As Trustee For Sasco-2008-RF1 paeb@fedphe.com  
         KEVIN M. BUTTERY    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES kbuttery@rascrane.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST EBO I FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2017-1 CERTIFICATES bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                     TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JENARO L AUSTIN  
SERENA A AUSTIN

Chapter 13

Debtor

Bankruptcy No. 15-18052-ELF

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 8, 2019**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID B. SPITOFSKY ESQUIRE  
LAW OFFICES OF DAVID SPITOFSKY  
516 SWEDE ST  
NORRISTOWN, PA 19401-

Debtor:  
JENARO L AUSTIN  
SERENA A AUSTIN  
904 DUNCAN AVENUE

YEADON, PA 19050